**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**CASE NO. 6:20-cv- 2208-Orl-41DCI**

RAYMOND T. MAHLBERG,

     Plaintiff,

v.

 J. CHOO USA, INC.,

     Defendant.

_____/

**CORRECTED PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff, **RAYMOND T. MAHLBERG,** by and through undersigned counsel hereby files this Notice of Settlement to notify this Court that Plaintiff and Defendant have settled this matter. The Stipulation for Dismissal will be filed within 30 days.

Dated this 18th day of January 2021.

                *s/Acacia Barros*
                Attorney for Plaintiff
                ACACIA BARROS, P.A.
                Acacia Barros, Esq.
                FBN: 106277
                11120 N. Kendall Dr., Suite 201
                Miami, Florida 33176
                Tel: 305-639-8381
                ab@barroslawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of January 2021 that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel.

                *s/Acacia Barros*
                Attorney for Plaintiff
                ACACIA BARROS, P.A.