UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RAYMOND T. MAHLBERG,**

    **Plaintiff,**

v.                                        **Case No: 6:20-cv-2208-Orl-41DCI**

**J. CHOO USA, INC.,**

    **Defendant.**

                                                       /

**ORDER**

THIS CAUSE is before the Court on the Plaintiff's Corrected Notice of Settlement (Doc. 16), wherein Plaintiff has advised the Court that the above-styled action has been settled.

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on January 21, 2021.



Copies furnished to:

Counsel of Record