UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- -x
                                                                :
RAYMOND T. MAHLBERG,                                            :
                                                                :
                                    Plaintiff,                  :    Case No. 6:20-cv- 2208-Orl-41DCI
                                                                :
              - against -                                       :
                                                                :
J. CHOO USA, INC.,                                              :
                                                                :
                                    Defendant.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - -X

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff **RAYMOND T. MAHLBERG** ("Plaintiff"), and **J. CHOO USA, INC**.,

("Defendant" or "J.Choo") (collectively the "Parties"), by and through their respective

undersigned counsel, hereby stipulate that, based upon the settlement reached by the Parties in

the above-captioned action, all claims be dismissed with prejudice, with each party to bear

its own attorneys' fees and costs.

Dated:  February 7, 2021.


By: ____ /s/ Acacia Barros                By: /s/ John Houston Pope
   Acacia Barros, Esq.                       John Houston Pope, Esq.
   Florida Bar No. 106277                    Florida Bar No. 968595
   E-mail: ab@barroslawfirm.com              **EPSTEIN BECKER & GREEN, P.C.**
   ACACIA BARROS, P.A.                       1 Beach Dr. SE, Suite 303
   11120 N. Kendall Drive, Suite 201         St. Petersburg, FL 33701
   Miami, Florida 33176                      Tel: (888) 503-8320
   Telephone: (305) 639-8381                 JHPope@ebglaw.com
   Facsimile: (786) 364-7327                 -and-
   *Attorney for Plaintiff*                  875 Third Avenue
                                             New York, NY 10022
                                             Tel: (212) 351-4500
                                             Fax: (212) 878-8600


                                             *Attorney for Defendant*